UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CLARA R. FULLER,

          Plaintiff,

v.                                       Case No. 16-2415-DDC

STATE OF KANSAS, DEPARTMENT
OF CHILDREN AND FAMILIES, et al.,

          Defendants.

## AMENDED SCHEDULING ORDER

Plaintiff has filed a motion (ECF No. 111) to amend the scheduling order entered in this case (ECF No. 80). Counsel for defendants has informed the court they do not oppose the motion. For good cause shown, the motion is granted. The scheduling order is amended as follows:

      a)     All discovery shall be commenced or served in time to be completed by **March 22, 2019.**

      b)     The final pretrial conference is rescheduled from March 6, 2019, to **April 11, 2019, at 10:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **April 2, 2019**, defendants shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's

website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

c) The new deadline for filing potentially dispositive motions is **April 25, 2019.**

d) The case shall remain set for trial on a trial calendar that will begin on **December 3, 2019.** The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated January 17, 2019, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge