UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CLARA R. FULLER,

          Plaintiff,

v.                                                          Case No. 16-2415-DDC

STATE OF KANSAS, DEPARTMENT
OF CHILDREN AND FAMILIES, et al.,

          Defendants.

## SECOND AMENDED SCHEDULING ORDER

Plaintiff has filed a motion (ECF No. 125) to amend the scheduling order entered in this case (ECF No. 80, as modified by ECF No. 113). Counsel for defendants has informed the court they do not oppose the motion. For good cause shown, the motion is granted. The scheduling order is amended as follows:

    a)    The final pretrial conference is rescheduled from April 11, 2019, to **May 13, 2019, at 10:00 a.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **May 3, 2019**, defendants shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of

1

the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

  b)  The new deadline for filing potentially dispositive motions is **May 28, 2019.**

  c)  At the direction of the presiding U.S. District Judge, the case is reset for trial on a trial calendar that will begin on **February 4, 2020, at 9:00 a.m.**  The trial setting may be changed only by order of the judge presiding over the trial.

All other provisions of the original and amended scheduling orders shall remain in effect.  The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated April 1, 2019, at Kansas City, Kansas.

             s/ James P. O'Hara
             James P. O'Hara
             U.S. Magistrate Judge