IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CLARA R. FULLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-2415-DDC |
| | ) | |
| STATE OF KANSAS, DEPARTMENT OF CHILDREN AND FAMILIES, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff Clara Fuller has filed a motion (ECF No. 134) advising the court that "defendants have not honored the court's order to provide the names and addresses of each person employed by DCF in the 2016 LIEAP program" by the April 19, 2019 deadline, as required by the court's April 9, 2019 order (ECF No. 128). Defendants' corrected response to the motion, filed on May 15, 2019 (ECF No. 137), represents that defendants complied with the order. Defendants also reference communication with plaintiff that suggests plaintiff received the supplemental discovery after filing her motion. Further, the docket reflects a certificate of service, filed April 19, 2019, certifying that defendants timely served the supplemental discovery. Therefore, to the extent (if any) that plaintiff's motion seeks any particular relief, it is denied as moot.

IT IS SO ORDERED.

Dated May 16, 2019, at Kansas City, Kansas.

                                                 <u>s/ James P. O'Hara</u>
                                                 James P. O'Hara
                                                 U.S. Magistrate Judge